FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2005 MAR 23 P 3: 17

SIGN_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TONY HARRIS**                    CIVIL ACTION NO.: 03-640

**VERSUS**                         SECTION "A"

**CITY OF BATON ROUGE, ET AL**     MAGISTRATE: 3

## MOTION IN LIMINE TO EXCLUDE OR LIMIT THE TESTIMONY OF DEFENDANTS' EXPERT KERRY J. NAJOLIA AND FOR EXPEDITED CONSIDERATION

**MAY IT PLEASE THE COURT:**

Plaintiff, Tony Harris, pursuant to Rule 702 of the Federal Rules of Evidence, moves this Court for an order excluding or limiting the testimony of defendants' expert, Kerry J. Najolia for the reasons more fully set forth in the attached Memorandum and based on the following Exhibits:

1. Deposition of Tony Harris;
2. Deposition of Kerry J. Najolia;
3. Report of Kerry J. Najolia; and
4. Photograph of Tony Harris' Right Arm.

### I.

The Defendants' Expert, Kerry J. Najolia, should be excluded from testifying as to the use of reasonable force as per the United States Police Counsel Association ("USPCA") and Baton Rouge Police Department policy, procedures, and survival tactics relating to the use of a canine because his opinions and underlying methodologies are unreliable, unfounded, and not based on sufficient facts or expertise.

Further, because the Trial is scheduled to begin on April 11, 2005, it is necessary that the Court give this Motion expedited consideration and that the delay for the Defendants to respond to the Motion be shortened.

**WHEREFORE**, the Plaintiff, Tony Harris, respectfully requests that this Motion in Limine to Exclude or Limit the Testimony of Defendants' Expert be granted on an expedited basis, and that an order be entered excluding or limiting Najolia or his testimony as it relates to the K-9 and use of reasonable force and Baton Rouge Police Department policy, procedures, and survival tactics.

**RESPECTFULLY SUBMITTED:**

**MAUGHAN, MAUGHAN & LORMAND, LLC**

_____
ROY H. MAUGHAN, JR., #17672
634 CONNELL'S PARK LANE
BATON ROUGE, LOUISIANA 70806
TELEPHONE: (225) 926-8533
FAX: (225) 926-8556

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I have on this 23rd day of March, 2005, served a copy of the foregoing Motion in Limine on James L. Hilburn, Special Assistant Parish Attorney, 10500 Coursey Boulevard, Suite 205, Baton Rouge, Louisiana, 70816 by tele-faxing, hand delivering and/or mailing the same via United States mail, properly addressed, and first-class postage prepaid.

_____
ROY H. MAUGHAN, JR.