# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## NOTICE OF DOCUMENTS NOT FILED IN RECORD

CIVIL 03-640

### Harris

### VERSUS

### City of Baton Rouge, et al

ATTACHMENTS TO

Memo in Support

**FILED ON 03/23/05 IN THE ABOVE CAPTIONED CASE HAVE BEEN PLACED BEHIND THE RECORD**

___Dana Bonaventure___
DEPUTY CLERK